**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
IN RE: SHARON A. GRASWICK,      ) 19-21614 CMB
                                )
            Debtor.             ) Chapter 13
                                )
                                ) Motion No.: WO-1
     SHARON A. GRASWICK,        )
                                ) Filed Under Local Bank.
            Movant,             ) Rule 9013.4 Para. 6c
                                )
            vs.                 ) Doc. 9
                                )
     TRIANGLE TECH, INC.,       )
                                )
                                )
SSN (1) xxx-xx-7143             )
SSN (2) xxx-xx-xxxx             )
```

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

    The above-named debtor(s) having filed a Chapter 13 petition and debtor(s) or Trustee having moved to attach wages to fund the Chapter 13 plan,

    IT IS THEREFORE, ORDERED that until further order of this Court, the entity from which the debtor receives income:
              TRIANGLE TECH, INC.
              1940 Perrysville Avenue
              Pittsburgh,PA 15214

shall deduct from said income the sum of **$1,243.36 Bi-Weekly** beginning on the next pay day following receipt of this order and deduct a similar each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:
              RONDA J. WINNECOUR
         CHAPTER 13 TRUSTEE, W.D. PA
                POB 84051
            CHICAGO, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall NOTIFY THE Trustee if the debtor's income is terminated and the reason therefore.

    IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.
    IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.
    IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

    IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed

upon application to and order of this Court.

DATED this ___23rd___ day of ___April___, ___2019___.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED  
4/23/19 10:37 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

Carlota M. Böhm  
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Sharon A. Graswick  
    Debtor

Case No. 19-21614-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 23, 2019  
                               Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.  
db            +Sharon A. Graswick,    206 Valley Court,    Pittsburgh, PA 15237-2047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Rodney D. Shepherd    on behalf of Debtor Sharon A. Graswick rodsheph@cs.com  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                TOTAL: 3