IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21614CMB |
| Sharon A. Graswick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Sharon A. Graswick ) | |
| ) | |
| Respondent(s) ) | |

<u>WITHDRAWAL OF TRUSTEE'S MOTION FOR AUTHORITY TO PAY FILING FEE</u>

The Trustee's Motion for Authority to Pay Filing Fee that was filed in the above-referenced case on July 20, 2019 (document #31) is hereby WITHDRAWN. The hearing scheduled for September 11, 2019 is Cancelled.

Respectfully submitted

<u>8/12/19</u>                                        <u>/s/ Ronda J. Winnecour</u>

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21614CMB |
| Sharon A. Graswick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |
| ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| Vs. ) | |
| Sharon A. Graswick ) | |
| ) | |
| Respondent(s) ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Sharon A. Graswick
206 Valley Court
Pittsburgh PA 15237

Rodney Shepherd, Esquire
River Park Commons
Pittsburgh PA 15203
Sharon A. Graswick
206 Valley Court
Pittsburgh PA 15237

Rodney Shepherd, Esquire
River Park Commons
Pittsburgh PA 15203


8/12/19                                                       /s/ Dianne DeFoor___
date                                                         Office of the Chapter 13 Trustee
                                                          US Steel Tower – Suite 3250
                                                          600 Grant Street
                                                          Pittsburgh, PA  15219
                                                          (412) 471-5566