# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*FILED*
*2019 OCT 25  AM 8:38*
*CLERK*
*U.S. BANKRUPTCY COURT*
*PITTSBURGH*

***Conciliation Conference:*** 

| | |
|---|---|
| **Debtor:** | SHARON A. GRASWICK |
| **Case Number:** | 19-21614-CMB     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 24, 2019  09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

**ptcy:**

### *Matter:*

#7 - Final Confirmation of Plan Dated 4/20/2019 (NFC)
R / M #:   7 / 0

### *Appearances:*  Shepherd

Debtor:
Trustee: Winnecour / Pall / Katz / (DeSimone)
Creditor:

*2018 return just filed. Cont for anticipated amended IRS claim*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 1/30/20 at 9:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/15/2019  4:32:21PM