UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 19-21614 CMB |
| SHARON A. GRASWICK, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 37 |
| SHARON A. GRASWICK, | ) Related to Docket No. 13 |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

## CONSENT ORDER OF COURT

AND NOW, this __13th__ day of __December__, 2019, upon the amicable agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Sharon A. Graswick's wages through TRIANGLE TECH, INC., 1940 Perrysville Avenue, Pittsburgh, PA 15214 shall be terminated through the next two pay cycles due to various insurance costs, at which time the wage attachment shall be immediately reinstated. The Trustee's agreement to the temporary termination of the wage attachment will not excuse any other plan defaults and will not preclude the Trustee from filing a certificate of default or taking any other actions as a result of plan defaults or arrears.

_____
Carlota M. Bohm
U.S. Bankruptcy Judge

Consented to:

/s/ Jana Pail
Jana Pail, Esquire
Attorney for the Office of the Chapter 13 Trustee

FILED
12/13/19 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-21614-CMB
Sharon A. Graswick                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1             Date Rcvd: Dec 13, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
db          +Sharon A. Graswick,   206 Valley Court,   Pittsburgh, PA 15237-2047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Township of Ross jhunt@grblaw.com, cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rodney D. Shepherd    on behalf of Debtor Sharon A. Graswick rodsheph@cs.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                            TOTAL: 7