IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No. 19-21614-CMB |
| SHARON A. GRASWICK | ) |
| | ) Chapter 13 |
| Debtor, | ) |
| | ) Document No. |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| SHARON A. GRASWICK | ) |
| | ) |
| Respondent. | ) |

WITHDRAWAL OF CLAIM NUMBER 19 BY
UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE

The Internal Revenue Service, by and through its undersigned counsel, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant U.S. Attorney, hereby withdraws Claim No. 19 filed in the above-captioned case. The Claim of the IRS filed at Claim Number 18 will govern.

SCOTT W. BRADY
United States Attorney

Dated:1/13/2020                         BY:     /s/ Jill Locnikar
Assistant U.S. Attorney
United States Attorney's Off.
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Tel: (412) 894-7429
PA I.D. NO. 85892


IT IS SO ORDERED,

_____, J.