## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: SHARON A. GRASWICK, | ) Bankr. No. 19-21614 CMB |
| | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 53 |
| PNC BANK, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 11 |
| | ) |
| SHARON A. GRASWICK AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondents. | ) |

**DECLARATION OF NOTICE OF MORTGAGE PAYMENT CHANGE**

And Now, comes the Debtor, Sharon A. Graswick, by and through her attorney, who respectfully represents the following:

1. On or about February 6, 2018, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of a notice of mortgage payment change.

3. PNC Bank has filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$1,193.29** is being **increased** to **$1,216.67** effective **5/1/2020**.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly payment with the next distribution.

Respectfully submitted.

Date: 4/7/2020      /s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

## CERTIFICATE OF SERVICE

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Notice of Mortgage Payment Change was served on the 7th day of April, 2020, by electronic filing and U.S. Mail, first class, postage pre-paid, upon the following:

Ronda J. Winnecour, Esquire  
Chapter 13 Trustee  
cmecf@chapter13trusteewdpa.com

PNC Bank  
Attn: Christine Kinderdine  
3232 Newmark Drive  
Miamisburg, OH 45342

By: /s/ Rodney D. Shepherd  
    Rodney D. Shepherd  
    Attorney for the Debtor  
    PA I.D. No. 56914  
    rodsheph@cs.com  
    2403 Sidney Street  
    Suite 208  
    Pittsburgh, PA 15203  
    412 471-9670