**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SHARON A. GRASWICK | Case No. 19-21614CMB |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| ROSS TOWNSHIP (SWG) | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| ROSS TOWNSHIP (SWG)<br>C/O JORDAN TAX SERVICE - DLNQ CLLCTR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 17-2/Trustee CID# 32 |

The Movant further certifies that on 05/13/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S): | DEBTOR'S COUNSEL: |
|---|---|
| SHARON A. GRASWICK, 206 VALLEY COURT, PITTSBURGH, PA  15237 | RODNEY D SHEPHERD ESQ, 2403 SIDNEY ST - STE 208, RIVER PARK COMMONS, PITTSBURGH, PA  15203 |
| ORIGINAL CREDITOR: | ORIGINAL CREDITOR'S COUNSEL: |
| ROSS TOWNSHIP (SWG), C/O JORDAN TAX SERVICE - DLNQ CLLCTR, 102 RAHWAY RD, MCMURRAY, PA  15317 | JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |