**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/22/2020

IN RE:

SHARON A. GRASWICK
206 VALLEY COURT
PITTSBURGH, PA  15237
XXX-XX-7143          Debtor(s)

Case No. 19-21614 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/22/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 5223 |
| PO BOX 41021 | CLAIM: 0.00 | |
| NORFOLK, VA  23541 | COMMENT: LOWES/PRAE | |

| | | |
|---|---|---|
| **KERI P EBECK ESQ** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC: NOTICE ONLY |
| BERNSTEIN-BURKLEY | Court Claim Number: | ACCOUNT NO.: |
| 707 GRANT STREET | | |
| SUITE 2200 GULF TOWER | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC: UNSECURED  (S) |
| POB 94982 | Court Claim Number:15 | ACCOUNT NO.: 3674 |
| | CLAIM: 0.00 | |
| CLEVELAND, OH  44101 | COMMENT: SEC/SCH-PL*RELEASED/CONF*DKT | |

| | | |
|---|---|---|
| **PNC BANK NA** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| 3232 NEWMARK DR | Court Claim Number:11 | ACCOUNT NO.: 1712 |
| | CLAIM: 0.00 | |
| MIAMISBURG, OH  45342 | COMMENT: PMT/DECL*DK4PMT-LMT*BGN 5/19 | |

| | | |
|---|---|---|
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** | Trustee Claim Number:5   INT %: 4.00% | CRED DESC: VEHICLE |
| PO BOX 17900 | Court Claim Number:6 | ACCOUNT NO.: 7422 |
| | CLAIM: 9,469.81 | |
| DENVER, CO  80217-0900 | COMMENT: $/CL-PL@4%/PL | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:18-2 | ACCOUNT NO.: 5082 |
| PO BOX 7317 | CLAIM: 7,806.43 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: $/CL-PL*GU BAR TIMELY*AMD | |

| | | |
|---|---|---|
| **ROSS TOWNSHIP (EIT)** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O KEYSTONE CLLCTNS GRP - DLNQ YRS | Court Claim Number: | ACCOUNT NO.: |
| 546 WENDEL RD | CLAIM: 0.00 | |
| IRWIN, PA  15642 | COMMENT: NO YRS~@CUR YR CLTR/SCH*$/PL | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA**** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:7 | ACCOUNT NO.: 8818 |
| | CLAIM: 1,088.54 | |
| WILMINGTON, DE  19886-5102 | COMMENT: AAA FNCL/SCH | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16-2 | ACCOUNT NO.: 5299 |
| | CLAIM: 2,347.05 | |
| NORFOLK, VA  23541 | COMMENT: BARCLAYS*AMD | |

| | | |
|---|---|---|
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number:2 | ACCOUNT NO.: 5971 |
| PO BOX 4360 | CLAIM: 1,306.54 | |
| HOUSTON, TX  77210 | COMMENT: DEFICIENCY | |

| Creditor | Trustee Claim / Court Claim / INT % | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 3 | CLAIM: 1,188.46<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8193 |
| **CAPITAL ONE(*)**<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3787 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE  68197-3106 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 4,413.60<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0217 |
| **KEYBANK NA****<br>POB 94968<br>CLEVELAND, OH  44101 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 2,230.04<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3474 |
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br>SAN FRANCISCO, CA  94139 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 14 | CLAIM: 839.58<br>COMMENT: SYNCHRONY/LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5223 |
| **NASA FCU**<br>PO BOX 1588<br>BOWIE, MD  20717 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 9-2 | CLAIM: 10,833.83<br>COMMENT: 8405/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1290 |
| **US BANK NA D/B/A ELAN FINANCIAL SERVICES**<br>PO BOX 5227<br>CINCINNATI, OH  45201-5227 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 2,294.32<br>COMMENT: WESBANCO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9258 |
| **WESBANCO BANK INC(*)**<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV  26003 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 7,443.32<br>COMMENT: LOAN BGN 10/17/16 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4415 |
| **PHILLIPS & COHEN ASSOCIATES, LTD.**<br>1002 JUSTISON STREET<br>WILMINGTON, DE  19801 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PHILLIPS GARDILL KAISER AND ALTMEYER**<br>61 FOURTEENTH ST<br><br>WHEELING, WV 26003 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CHARLES GRASWICK**<br>200 VALLEY CT<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC**<br>ATTN BANKRUPTCY NOTICING<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1 AUTO/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JAMES C WARMBRODT ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PNC BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 241.26<br>COMMENT: NT/SCH*LOAN BGN 7/3/08 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0002 |
| **S JAMES WALLACE ESQ**<br>845 NORTH LINCOLN AVE<br><br>PITTSBURGH, PA 15233 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 599.86<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6334 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br><br>MIAMISBURG, OH 45342 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 8,139.83<br>COMMENT: $/CL-PL*THRU 4/19 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1712 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 13<br><br>CLAIM: 388.97<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6736 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PIF BY DTR | CRED DESC: FILING FEES<br>ACCOUNT NO.: 19-21614-CMB |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:31  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| FRICK BUILDING 14TH FL | | |
| 437 GRANT ST | CLAIM: 0.00 | |
| PITTSBURGH, PA  15219 | COMMENT: ROSS TWP/PRAE | |
| | | |
| **ROSS TOWNSHIP (SWG)** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE - DLNQ CLLCTR | Court Claim Number:17-2 | ACCOUNT NO.: C238 |
| 102 RAHWAY RD | | |
| | CLAIM: 0.00 | |
| MCMURRAY, PA  15317 | COMMENT: 516C238*NT/SCH*$@%/CL-PL*THRU 4/20/19*WNTS 10%*AMD*PIF/CR~DKT | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:33  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:18-2 | ACCOUNT NO.: 5082 |
| PO BOX 7317 | | |
| | CLAIM: 173.12 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: NO GEN UNS/SCH*GU BAR TIMELY*AMD | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:34  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:19 | ACCOUNT NO.: 5082 |
| PO BOX 7317 | | |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: DUP OF CL 18*CL @ 7979.55 W/DRAWN-DOC 40 | |

Case 19-21614-CMB    Doc 56    Filed 06/22/20    Entered 06/22/20 13:42:19    Desc
Page 6 of 6