# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-21614 |
|    SHARON A. GRASWICK, | ) |
| | ) Chapter 13 |
|         Debtor. | ) |
| | ) Docket No. 59 |
| PNC BANK, N.A., | ) Related to Docket No. |
| | ) |
|         Movant, | ) Hearing Date & Time: |
| | ) |
|         vs. | ) Claim No. 11 |
| | ) |
|    SHARON A. GRASWICK AND | ) |
|    RONDA J. WINNECOUR, | ) |
|    CHAPTER 13 TRUSTEE, | ) |
| | ) |
|         Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Sharon A. Graswick , by and through her attorney, who respectfully represents the following:

1. On or about April 20, 2019, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC Bank filed a Notice of Mortgage Payment Change. The monthly mortgage payment of **$1,216.67** is being **decreased** to **$1,215.18** effective **5/1/2021.**

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment with the next distribution in the effective amount.

Date: 3/26/2021

Respectfully submitted.
/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor
PA I.D. No. 56914
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670
rodsheph@cs.com

**CERTIFICATE OF SERVICE**

      I, Rodney D. Shepherd, attorney for the Debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 26th day of March, 2021, by Electronic Filing and U.S. Mail, first class, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | PNC Mortgage<br>Attn: Marika Dienes<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |

                                          By: /s/ Rodney D. Shepherd
                                              Rodney D. Shepherd
                                              Attorney for the Debtor
                                              PA I.D. No. 56914
                                              rodsheph@cs.com
                                              2403 Sidney Street
                                              Suite 208
                                              Pittsburgh, PA 15203
                                              412 471-9670