Form 151

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Sharon A. Graswick**
Debtor(s)

Bankruptcy Case No.: 19−21614−CMB

Chapter: 13
Docket No.: 61 − 60
Concil. Conf.: May 27, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _12th_ day of _April_, _2021_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

U.S. Mail, first class, postage pre-paid

on the respondent(s) at (list names and addresses here):

See attached mailing matrix

Ronda Winnecour
cmecf@chapter13trusteewdpa.com

Executed on _4/16/2021_          _Rodney D. Shepherd /s/ Rodney D. Shepherd_
(Date)                                             (Signature)

Rodney D. Shepherd 2403 Sidney Street, Suite 208, Pittsburgh, PA 15203
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing        (p)BANK OF AMERICA                      Bank of America, N.A.
0315-2                                 PO BOX 982238                           P O Box 982284
Case 19-21614-CMB                      EL PASO TX 79998-2238                   El Paso, TX 79998-2284
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Mon Apr 12 06:51:49 EDT 2021

Barclays                               Capital One Auto Finance                Capital One Auto Finance, a division of Capi
P.O. Box 13337                         7933 Preston Road                       P.O. Box 4360
Philadelphia, PA 19101-3337            Plano, TX 75024-2302                    Houston, TX 77210-4360


Capital One Auto Finance, a division of Capi    Capital One Bank               Capital One Bank
4515 N Santa Fe Ave. Dept. APS         P.O. Box 71083                          P.O. Box 71087
Oklahoma City, OK 73118-7901           Charlotte, NC 28272-1083                Charlotte, NC 28272-1087


Capital One Bank (USA), N.A.           Charles Graswick                        Department of Treasury
by American InfoSource as agent        200 Valley Court                        Internal Revenue Service
PO Box 71083                           Pittsburgh, PA 15215-1708               Centralized Insolvency Operation
Charlotte, NC  28272-1083                                                      P.O. Box 7346
                                                                               Philadelphia, PA 19101-7346


Duquesne Light Company                 Keri P. Ebeck                           (p)PERI GARITE
c/o Bernstein-Burkley, P.C.            Bernstein-Burkley                       ATTN CARD WORKS
707 Grant Street, Suite 2200, Gulf Tower   707 Grant Street                    101 CROSSWAYS PARK DR W
Pittsburgh, PA 15219-1945              Suite 2200 Gulf Tower                   WOODBURY NY 11797-2020
                                       Pittsburgh, PA 15219-1945


First National Bank of Omaha           Sharon A. Graswick                      Jeffrey R. Hunt
P.O. Box 2557                          206 Valley Court                        Goehring, Rutter & Boehm
Omaha, NE 68103-2557                   Pittsburgh, PA 15237-2047               437 Grant Street
                                                                               14th Floor
                                                                               Pittsburgh, PA 15219-6107


Internal Revenue Service               Key Bank                                KeyBank N.A.
999 Money Street                       P.O. Box 89446                          4910 Tiedeman Rd.
Philadelphia, PA 15345                 Cleveland, OH 44101-6446                Brooklyn, OH 44144-2338


Lending Club                           Jill Locnikar                           Lowes/Synchrony Bank
595 Market Street                      U.S. Attorney's Office                  P.O. Box 530914
Suite 200                              700 Grant Street, Suite 4000            Atlanta, GA 30353-0914
San Francisco, CA 94105-2807           Pittsburgh, PA 15219-1955


(p)NASA FCU                            Brian Nicholas                          Office of the United States Trustee
ATTN ATTN MEMBER SOLUTIONS             KML Law Group, P.C.                     Liberty Center.
500 PRINCE GEORGES BLVD                701 Market Street                       1001 Liberty Avenue, Suite 970
UPPER MARLBORO MD 20774-8732           Suite 5000                              Pittsburgh, PA 15222-3721
                                       Philadelphia, PA 19106-1541


(p)PNC BANK RETAIL LENDING             PNC Bank                                PNC Mortgage
P O BOX 94982                          P.O. Box 6534                           P.O. Box 6534
CLEVELAND OH 44101-4982                Carol Stream, IL 60197-6534             Carol Stream, IL 60197-6534
```

Case 19-21614-CMB    Doc 63    Filed 04/16/21    Entered 04/16/21 12:43:00    Desc Main
Document    Page 3 of 4

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Ave.
Pittsburgh, PA 15233-1828

Phillips & Cohen
1002 Justison Street
Wilmington, DE 19801-5148

Phillips, Gardill, Kaiser & Altmeyer
61 Fourteenth Street
Wheeling, WV 26003-3411

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Ross Township
100 Municipal Drive
Pittsburgh, PA 15237

Ross Township
Goehring Rutter & Boehm
c/o Jeffery R. Hunt, Esq.
437 Grant Street, 14th Floor
Frick Building
Pittsburgh PA 15219-6101

Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203-2152

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Township of Ross
Goehring, Rutter, and Boehm
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
St Louis, MO 63166-0108

United States of America Department of the T
c/oOffice of U.S. Atty for W.D. of PA
U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

S. James Wallace
GRB Law
Frick Building, 437 Grant Street
14th Floor
Pittsburgh, PA 15219

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 130000
Raleigh NC 27605-1000

Wells Fargo Dealer Services
P.O. Box 17900
P.O. Box 168048
Denver, CO 80217-0900

WesBanco
Cardmember Service
P.O. Box 790408
Saint Louis, MO 63179-0408

Wesbanco Bank, INC
1 Bank Plaza
Wheeling, WV 26003
304-243-7580
bankrupt-adjdept@wesbanco.com 26003-3565

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

AAA Financial Services
P.O. Box 15019
Wilmington, DE 19886

First National Bank of Omaha
1620 Dodge St., Stop Code 3105
Omaha, NE 68197

NASA Federal Credit Union
P.O. Box 1588
Bowie, MD 20717

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

(d)PNC Bank, N.A.
3232 Newmark Drive
Miamisburg, OH 45342

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

(u) PNC BANK NATIONAL ASSOCIATION

(d) Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

End of Label Matrix
Mailable recipients    50
Bypassed recipients     3
Total                  53