# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 19-21614 CMB |
| SHARON A. GRASWICK, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 71 |
| SHARON A. GRASWICK, | ) Related to Docket No. 49 |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

## CONSENT ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon the amicable agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that the wage attachment in effect on Sharon Graswick's wages through TRIANGLE TECH, INC., 1940 Perrysville Avenue, Pittsburgh, PA 15214 shall be terminated through the next two pay cycles, at which time the wage attachment shall be reinstated. The Trustee's agreement to the temporary termination of the wage attachment does not change the plan goals, requirements, or base. Any missed payments will need to be made up as a condition for plan completion. The Trustee's agreement to the temporary termination of the wage attachment will not excuse any other plan defaults and will not preclude the Trustee from filing a certificate of default or taking any other action (s) as a result of plan defaults or arrears.

_____
Carlota M. Bohm
U.S. Bankruptcy Judge

Consented to:

/s/ Owen Katz_____
Owen Katz, Esquire
Attorney for the Chapter 13 Trustee


/s/ Rodney D. Shepherd_____
Rodney D. Shepherd, Esquire
Attorney for the Debtor