IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: SHARON A. GRASWICK,

Case No. 19-21614-CMB

Chapter 13

Debtor(s).

Related to Doc. No. 75

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]:*

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: _____Debtor_____

- ☐ a motion to lift stay
  as to creditor  _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
x Amended Chapter 13 Plan dated March 26, 2021

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $ 2,776.80 to $ 2,946.00 per month, effective 12/1/2021; and/or the Plan term shall be changed from ____ months to ____ months.

-1-

☐     In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐     Debtor(s) shall file and serve _____ on or before _____.

☐     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☐     Other: _____

    **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

    **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

-2-

SO ORDERED, this 12th day of November, 2021

Dated: November 12, 2021

Carlota M. Böhm  dmr
Chief United States Bankruptcy Court Judge

Stipulated by:

/s/ Rodney D. Shepherd
Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz
Counsel to Chapter 13 Trustee

Stipulated by:

Counsel to affected creditor

FILED
11/12/21 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21614-CMB

Sharon A. Graswick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 3

Date Rcvd: Nov 12, 2021     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A. Graswick, 206 Valley Court, Pittsburgh, PA 15237-2047 |
| cr | + | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 15037089 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, AAA Financial Services, P.O. Box 15019, Wilmington, DE 19886 |
| 15067872 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15037090 | | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15037093 | | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15037094 | + | Charles Graswick, 200 Valley Court, Pittsburgh, PA 15215-1708 |
| 15037095 | | First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15037096 | | Internal Revenue Service, 999 Money Street, Philadelphia, PA 15345 |
| 15053873 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15037103 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15037104 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15071984 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037101 | + | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15037102 | + | Phillips, Gardill, Kaiser & Altmeyer, 61 Fourteenth Street, Wheeling, WV 26003-3411 |
| 15095571 | + | Ross Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15037105 | | Ross Township, 100 Municipal Drive, Pittsburgh, PA 15237 |
| 15063162 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15037106 | | Wells Fargo Dealer Services, P.O. Box 17900, P.O. Box 168048, Denver, CO 80217-0900 |
| 15037107 | | WesBanco, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2021 03:02:43 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 13 2021 03:02:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15037091 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 13 2021 03:02:59 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15044298 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 13 2021 03:02:51 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15037092 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2021 03:02:50 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15052907 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2021 03:02:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC |

Case 19-21614-CMB    Doc 77    Filed 11/14/21    Entered 11/15/21 00:29:55    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: culy | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 12, 2021 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15099669 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2021 02:59:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15077416 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 13 2021 03:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15037097 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 13 2021 03:00:00 | Key Bank, P.O. Box 89446, Cleveland, OH 44101-6446 |
| 15039880 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 13 2021 03:00:00 | KeyBank N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15037098 | + | Email/Text: Documentfiling@lciinc.com | Nov 13 2021 02:59:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 15037099 | | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:50 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15037100 | | Email/Text: e-bankruptcy@nasafcu.com | Nov 13 2021 02:59:00 | NASA Federal Credit Union, P.O. Box 1588, Bowie, MD 20717 |
| 15081066 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2021 02:59:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15074534 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 13 2021 02:59:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15077850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2021 03:02:58 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15037264 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2021 03:02:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15076616 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 13 2021 03:00:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15070777 | | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2021 03:02:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15054665 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Nov 13 2021 03:00:00 | Wesbanco Bank, INC, 1 Bank Plaza, Wheeling, WV 26003, 304-243-7580, bankrupt-adjdept@wesbanco.com 26003-3565 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Sharon A. Graswick rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8