# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankr. No. 19-21614 CMB |
| SHARON A. GRASWICK, | ) |
| | ) Chapter 13 |
| Debtor. | ) |
| | ) Docket No. 81 |
| PNC BANK, | ) Related to Docket No. |
| | ) |
| Movant, | ) Hearing Date & Time: |
| | ) |
| vs. | ) Claim No. 11 |
| | ) |
| SHARON A. GRASWICK AND | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| | ) |
| Respondents. | ) |

## DECLARATION OF MORTGAGE PAYMENT CHANGE

And Now, comes the Debtor, Sharon A. Graswick, by and through her attorney, who respectfully represents the following:

1. On or about April 20, 2019, Debtor filed for protection under Chapter 13 of the U.S. Bankruptcy Code.

2. This Notice is being filed to notify the Chapter 13 Trustee of the change in mortgage payment amount.

3. PNC Bank has filed a Notice of Mortgage Payment Change.

a) The monthly mortgage payment of **$1,215.18** is being **increased to $1,23105** effective **5/1/2022**.

4. In all other respects the Declaration that was filed shall remain the same.

WHEREFORE, the Debtor requests that this Honorable Court permit the Chapter 13 Trustee to immediately make the monthly mortgage payment according to the above referenced Notice of Mortgage Payment Change commencing with the next distribution in the effective amounts.

|  |  |
|---|---|
| Date: 5/20/2022 | Respectfully submitted.<br>/s/ Rodney D. Shepherd<br>Rodney D. Shepherd, Esquire<br>Attorney for the Debtor<br>PA I.D. No. 56914<br>2403 Sidney Street<br>Suite 208<br>Pittsburgh, PA 15203<br>(412) 471-9670<br>rodsheph@cs.com |

**CERTIFICATE OF SERVICE**

I, Rodney D. Shepherd, attorney for the debtor, hereby certifies that a true and correct copy of the Declaration of Mortgage Payment Change was served on the 20th day of May, 2022, by Electronic Filing and U.S. Mail, first class, postage pre-paid, upon the following:

| | |
|---|---|
| Ronda J. Winnecour, Esquire<br>Chapter 13 Trustee<br>cmecf@chapter13trusteewdpa.com | PNC Bank<br>Attn: Jodi Porter<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| | By: /s/ Rodney D. Shepherd<br>Rodney D. Shepherd<br>Attorney for the Debtor<br>PA I.D. No. 56914<br>rodsheph@cs.com<br>2403 Sidney Street<br>Suite 208<br>Pittsburgh, PA 15203<br>412 471-9670 |