IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21614-CMB |
| Sharon A. Graswick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Sharon A. Graswick ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a Zoom Video Conference hearing on the Trustee's motion will be held on October 13, 2022, at 10:00 a.m. before Judge Carlota Böhm.  Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.  Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before October 3, 2022.

9/12/22                             /s/ Owen W. Katz
Date                                Owen W. Katz, PA I.D. 36473
                                    Attorney for Chapter 13 Trustee
                                    US Steel Tower, Suite 3250
                                    600 Grant Street
                                    Pittsburgh, PA  15219
                                    (412) 471-5566
                                    Email: okatz@chapter13trusteewdpa.com