IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 19-21614-CMB |
| Sharon A. Graswick ) | Chapter 13 |
| ) | |
| Debtor(s) ) | Doc #__82____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| Sharon A. Graswick ) | |
| ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **October 13, 2022, at 10:00 a.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **October 3, 2022.**

| | |
|---|---|
| 9/12/22 | /s/ Owen W. Katz |
| Date | Owen W. Katz, PA I.D. 36473 |
| | Attorney for Chapter 13 Trustee |
| | US Steel Tower, Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 471-5566 |
| | Email: okatz@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 19-21614-CMB
Sharon A. Graswick Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3
Date Rcvd: Sep 12, 2022      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A. Graswick, 206 Valley Court, Pittsburgh, PA 15237-2047 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 15037094 | + | Charles Graswick, 200 Valley Court, Pittsburgh, PA 15215-1708 |
| 15037096 | | Internal Revenue Service, 999 Money Street, Philadelphia, PA 15345 |
| 15037103 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15037104 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15037102 | + | Phillips, Gardill, Kaiser & Altmeyer, 61 Fourteenth Street, Wheeling, WV 26003-3411 |
| 15037105 | | Ross Township, 100 Municipal Drive, Pittsburgh, PA 15237 |
| 15037106 | | Wells Fargo Dealer Services, P.O. Box 17900, P.O. Box 168048, Denver, CO 80217-0900 |
| 15037107 | | WesBanco, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 12 2022 23:44:36 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 12 2022 23:44:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 12 2022 23:42:00 | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15037089 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 12 2022 23:42:00 | AAA Financial Services, P.O. Box 15019, Wilmington, DE 19886 |
| 15067872 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 12 2022 23:42:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15037090 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 12 2022 23:42:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15037091 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 12 2022 23:44:42 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15044298 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 12 2022 23:44:48 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15037092 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 23:44:36 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15037093 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 23:44:36 | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15052907 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 12 2022 23:44:48 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15099669 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 12 2022 23:42:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15077416 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 12 2022 23:42:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15053873 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 12 2022 23:42:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15037095 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 12 2022 23:42:00 | First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15037097 | | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 12 2022 23:42:00 | Key Bank, P.O. Box 89446, Cleveland, OH 44101-6446 |
| 15039880 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 12 2022 23:42:00 | KeyBank N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15037098 | + | Email/Text: Documentfiling@lciinc.com | Sep 12 2022 23:42:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15037099 | | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 23:44:47 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15037100 | | Email/Text: e-bankruptcy@nasafcu.com | Sep 12 2022 23:42:00 | NASA Federal Credit Union, P.O. Box 1588, Bowie, MD 20717 |
| 15081066 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2022 23:42:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15074534 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 12 2022 23:42:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15077850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2022 23:44:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071984 | + | Email/Text: ebnpeoples@grblaw.com | Sep 12 2022 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037101 | + | Email/Text: pcabkt@phillips-cohen.com | Sep 12 2022 23:42:00 | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15095571 | + | Email/Text: ebnjts@grblaw.com | Sep 12 2022 23:42:00 | Ross Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15037264 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 12 2022 23:44:47 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15076616 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 12 2022 23:42:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15070777 | | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2022 23:44:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15063162 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 12 2022 23:44:43 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15054665 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Sep 12 2022 23:42:00 | Wesbanco Bank, INC, 1 Bank Plaza, Wheeling, WV 26003, 304-243-7580, bankrupt-adjdept@wesbanco.com 26003-3565 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Sharon A. Graswick rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8