Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Sharon A. Graswick** | : | Case No. 19−21614−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 82 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 6th of October, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21614-CMB

Sharon A. Graswick     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Oct 06, 2022     Form ID: 309     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon A. Graswick, 206 Valley Court, Pittsburgh, PA 15237-2047 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 15037094 | + | Charles Graswick, 200 Valley Court, Pittsburgh, PA 15215-1708 |
| 15037096 | | Internal Revenue Service, 999 Money Street, Philadelphia, PA 15345 |
| 15037103 | | PNC Bank, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15037104 | + | PNC Mortgage, P.O. Box 6534, Carol Stream, IL 60197-6534 |
| 15037102 | + | Phillips, Gardill, Kaiser & Altmeyer, 61 Fourteenth Street, Wheeling, WV 26003-3411 |
| 15037105 | | Ross Township, 100 Municipal Drive, Pittsburgh, PA 15237 |
| 15037106 | | Wells Fargo Dealer Services, P.O. Box 17900, P.O. Box 168048, Denver, CO 80217-0900 |
| 15037107 | | WesBanco, Cardmember Service, P.O. Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Oct 07 2022 03:38:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RECOVERYCORP.COM | Oct 07 2022 03:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 06 2022 23:33:00 | Township of Ross, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15037089 | | EDI: BANKAMER.COM | Oct 07 2022 03:38:00 | AAA Financial Services, P.O. Box 15019, Wilmington, DE 19886 |
| 15067872 | + | EDI: BANKAMER2.COM | Oct 07 2022 03:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15037090 | | EDI: TSYS2 | Oct 07 2022 03:38:00 | Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 15037091 | + | EDI: CAPONEAUTO.COM | Oct 07 2022 03:38:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15044298 | + | EDI: AISACG.COM | Oct 07 2022 03:38:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15037092 | | EDI: CAPITALONE.COM | Oct 07 2022 03:38:00 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15037093 | | EDI: CAPITALONE.COM | Oct 07 2022 03:38:00 | Capital One Bank, P.O. Box 71087, Charlotte, NC 28272-1087 |
| 15052907 | | EDI: CAPITALONE.COM | Oct 07 2022 03:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

Case 19-21614-CMB   Doc 88   Filed 10/08/22   Entered 10/09/22 00:21:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2022 | Form ID: 309 | Total Noticed: 41 |

| Recipient ID | Method | Date/Time | Name/Address |
|---|---|---|---|
| 15099669 | EDI: IRS.COM | Oct 07 2022 03:38:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15077416 | + Email/Text: kburkley@bernsteinlaw.com | Oct 06 2022 23:33:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15053873 | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2022 23:33:00 | First National Bank of Omaha, 1620 Dodge St., Stop Code 3105, Omaha, NE 68197 |
| 15037095 | Email/Text: collecadminbankruptcy@fnni.com | Oct 06 2022 23:33:00 | First National Bank of Omaha, P.O. Box 2557, Omaha, NE 68103-2557 |
| 15037097 | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 06 2022 23:33:00 | Key Bank, P.O. Box 89446, Cleveland, OH 44101-6446 |
| 15039880 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 06 2022 23:33:00 | KeyBank N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |
| 15037098 | + EDI: LENDNGCLUB | Oct 07 2022 03:38:00 | Lending Club, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 15037099 | EDI: RMSC.COM | Oct 07 2022 03:38:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 15037100 | Email/Text: e-bankruptcy@nasafcu.com | Oct 06 2022 23:33:00 | NASA Federal Credit Union, P.O. Box 1588, Bowie, MD 20717 |
| 15081066 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2022 23:33:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 15074534 | Email/Text: Bankruptcy.Notices@pnc.com | Oct 06 2022 23:33:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15077850 | EDI: PRA.COM | Oct 07 2022 03:38:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071984 | + Email/Text: ebnpeoples@grblaw.com | Oct 06 2022 23:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037101 | + Email/Text: pcabkt@phillips-cohen.com | Oct 06 2022 23:33:00 | Phillips & Cohen, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 15095571 | + Email/Text: ebnjts@grblaw.com | Oct 06 2022 23:33:00 | Ross Township, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15037264 | + EDI: RMSC.COM | Oct 07 2022 03:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15076616 | EDI: USBANKARS.COM | Oct 07 2022 03:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15070777 | EDI: AIS.COM | Oct 07 2022 03:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15063162 | + EDI: WFFC2 | Oct 07 2022 03:38:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 15054665 | + Email/Text: bankrupt-adjdept@wesbanco.com | Oct 06 2022 23:33:00 | Wesbanco Bank, INC, 1 Bank Plaza, Wheeling, WV 26003, 304-243-7580, bankrupt-adjdept@wesbanco.com 26003-3565 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Township of Ross jhunt@grblaw.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rodney D. Shepherd | on behalf of Debtor Sharon A. Graswick rodsheph@cs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8