**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>SHARON A. GRASWICK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-21614<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 04/20/2019 and confirmed on 05/24/2019. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 100,706.60 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 100,706.60 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,800.00 | |
|   Trustee Fee | 4,589.45 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,389.45 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 51,999.13 | 0.00 | 51,999.13 |
|     Acct: 1712 | | | | |
|   PNC BANK NA | 8,139.83 | 8,139.83 | 0.00 | 8,139.83 |
|     Acct: 1712 | | | | |
|   ROSS TOWNSHIP (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: C238 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 9,469.81 | 6,977.49 | 889.48 | 7,866.97 |
|     Acct: 7422 | | | | |
| | | | | 68,005.93 |
| **Priority** | | | | |
|   RODNEY D SHEPHERD ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON A. GRASWICK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF RODNEY SHEPHERD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RODNEY D SHEPHERD ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | INTERNAL REVENUE SERVICE* | 7,806.43 | 7,806.43 | 0.00 | 7,806.43 |
| | Acct: 5082 | | | | |
| | ROSS TOWNSHIP (EIT) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5082 | | | | |
| | CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX-CMB | | | | |
| | | | | | 7,806.43 |
| Unsecured | | | | | |
| | PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3674 | | | | |
| | BANK OF AMERICA NA** | 1,088.54 | 542.32 | 0.00 | 542.32 |
| | Acct: 8818 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,347.05 | 1,169.34 | 0.00 | 1,169.34 |
| | Acct: 5299 | | | | |
| | CAPITAL ONE AUTO FINANCE - DIV CAPIT | 1,306.54 | 650.93 | 0.00 | 650.93 |
| | Acct: 5971 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 1,188.46 | 592.11 | 0.00 | 592.11 |
| | Acct: 8193 | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3787 | | | | |
| | FIRST NATIONAL BANK OF OMAHA(*) | 4,413.60 | 2,198.92 | 0.00 | 2,198.92 |
| | Acct: 0217 | | | | |
| | KEYBANK NA** | 2,230.04 | 1,111.03 | 0.00 | 1,111.03 |
| | Acct: 3474 | | | | |
| | LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 839.58 | 418.29 | 0.00 | 418.29 |
| | Acct: 5223 | | | | |
| | NASA FCU | 10,833.83 | 5,397.56 | 0.00 | 5,397.56 |
| | Acct: 1290 | | | | |
| | US BANK NA D/B/A ELAN FINANCIAL SERV | 2,294.32 | 1,143.06 | 0.00 | 1,143.06 |
| | Acct: 9258 | | | | |
| | WESBANCO BANK INC(*) | 7,443.32 | 3,708.37 | 0.00 | 3,708.37 |
| | Acct: 4415 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 241.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 0002 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 599.86 | 298.86 | 0.00 | 298.86 |
| | Acct: 6334 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 388.97 | 193.79 | 0.00 | 193.79 |
| | Acct: 6736 | | | | |
| | INTERNAL REVENUE SERVICE* | 173.12 | 80.21 | 0.00 | 80.21 |
| | Acct: 5082 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5223 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CHARLES GRASWICK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

| 19-21614 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHILLIPS GARDILL KAISER AND ALTMEYE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 17,504.79 |

| TOTAL PAID TO CREDITORS | | 93,317.15 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           7,806.43
SECURED           17,609.64
UNSECURED         35.388.49

Date: 11/01/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com